# DONOVAN | HATEM LLP
*counselors at law*

Molly E. Manson
617 406 4524 direct
mmanson@donovanhatem.com

March 10, 2017

***VIA FIRST-CLASS MAIL***

Kellyann Moore, Clerk to the Honorable Magistrate Judge M. Page Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: **CDM Smith, Inc., CDM Construction, Inc. v. Hatch Mott MacDonald, LLC**
**U.S.D.C. for the District of Massachusetts No.: 14-CV-10333-LTS**

Dear Ms. Moore:

This office represents the Defendant, Hatch Mott MacDonald, LLC ("HMM"), in the above-captioned matter.

Pursuant to the February 3, 2017 Status Conference, enclosed for Judge Kelley's review are HMM's expert reports. Due to the voluminous nature of these reports, there are three (3) Expert Report Binders.

Expert Report Binder <u>1 of 3</u> contains the following:

- **Tab A:** Defendant, Hatch Mott MacDonald LLC's Rule 26(a)(2)(C) Disclosure

- **Tab B:** Structural Expert Report of Todd Heacock, P.E. (January 28, 2016)

- **Tab C:** Electrical Expert Report of Richard B. Bernhardt, P.E. (January 29, 2016)

- **Tab D:** Mechanical Expert Report Michael A. Smith, P.E. (February 8, 2016)

Expert Report Binder <u>2 of 3</u> contains the following:

- **Tab E:** Expert Report of Philip Helmes, P.E. (January 20, 2017)

    o **Tabs 1 – 28:** Exhibits for Expert Report of Philip Helmes, P.E. (January 20, 2017)

Expert Report Binder <u>3 of 3</u> contains the following:

- **Tabs A-1 – P:** Appendices for Expert Report of Philip Helmes, P.E. (January 20, 2017)

53 State Street
Boston, MA 02109

617 406 4500 main
617 406 4501 fax
www.donovanhatem.com

BOSTON | NEW YORK | NEWARK | PROVIDENCE

Kellyann Moore, Clerk to the Honorable Magistrate Judge M. Page Kelley
March 10, 2017
Page **2** of **2**

If you have any questions regarding the enclosed please do not hesitate to contact me.

Thank you for your assistance with this matter.

Very truly yours,

Molly E. Manson

Enclosures

cc:   Paul Muniz, Esq.
      Kristin Hartman, Esq.
      Patricia Grey, Esq.
      Colin Black, Esq.
      Jonathan R. Hauser, Esq. (*w/enclosures*)
      Joseph A. Barra, Esq. (*w/enclosures*)

01830709.DOCX